viced had become customers prior to his employment or through the efforts of other persons. These additional facts would not be sufficient to establish that plaintiff's interest in its customers was subject to protection through enforcement of an employee's covenant not to compete. As the proposed amendment presented no facts that would alter the outcome, we do not believe that the trial court abused its discretion in denying leave to amend the complaint.

For the reasons stated, the judgment of the circuit court of Cook County is affirmed.

Judgment affirmed.

McGLOON, P. J., and DEMPSEY, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT DAVIS, a/k/a TERRANCE SCOTT, Defendant-Appellant.

(No. 61102;

First District (3rd Division)—May 1, 1975.

PER CURIAM.

Paul Bradley and Allen L. Wiederer, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Thomas D. Rafter, and Henry H. Sugden III, Assistant State's Attorneys, of counsel), for the People.